**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Heather Nicole Price and Michael Anthony Sims, Jr.,
Defendants,

Of whom Michael Anthony Sims, Jr. is the Appellant,

In the interest of minors under the age of eighteen.

Appellate Case No. 2015-000768

---

Appeal From Greenville County
Joseph C. Smithdeal, Family Court Judge

---

Unpublished Opinion No. 2015-UP-531
Submitted October 22, 2015 – Filed November 19, 2015

---

**AFFIRMED**

---

R. Mills Ariail, Jr., of Law Office of R. Mills Ariail, Jr.,
of Greenville, for Appellant.

Deborah Murdock Gentry, of Murdock Law Firm, LLC,
of Mauldin; and Jonathan Ashley Neal, of South Carolina

Department of Social Services, of Greenville, both for Respondent.

Don Stevenson, of Greenville, for the Guardian ad Litem.

**PER CURIAM:** Michael Anthony Sims Jr. appeals the family court's final order terminating his parental rights to his two minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2014). Upon a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex Parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing. Accordingly, we affirm the family court's ruling and relieve Sims's counsel.

**AFFIRMED.**[1]

**FEW, C.J., and KONDUROS and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.